1 | **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 | Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
3 | 101 S. Western Ave., Second Floor
Los Angeles, CA 90004
4 | Telephone: (213) 252-8008
cm@SoCalEAG.com
5 |
6 | Attorneys for Plaintiff, MICHAEL RHAMBO

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MICHAEL RHAMBO, | |
| 12              Plaintiff, | **Case No.: 8:24-cv-01363-PA (Ex)** |
| 13 | |
| 14      vs. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| 15  LITTLE CAESAR ENTERPRISES, INC.; FANON REALTY LLC; and DOES 1 to 10, | |
| 16 | |
| 17 | |
| 18              Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MICHAEL RHAMBO ("Plaintiff") and Defendant LITTLE CAESAR ENTERPRISES, INC. stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: September 12, 2024       SO. CAL. EQUAL ACCESS GROUP

By:   /s/   Jason J. Kim
      Jason J. Kim
      Attorneys for Plaintiff

DATED: September 12, 2024

By:   /s/ Michael Chilleen
      Michael Chilleen, Esq.
      Attorneys for Defendant
      LITTLE CAESAR ENTERPRISES, INC.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 12, 2024       By: /s/ Jason J. Kim
                                    Jason J. Kim

1
JOINT STIPULATION FOR DISMISSAL